```
Label Matrix for local noticing        U.S. BANKRUPTCY COURT              Accion Texas
0542-5                                 615 E. HOUSTON STREET, ROOM 597    2014 South Hackberry St.
Case 12-51003-rbk                      SAN ANTONIO, TX 78205-2055         San Antonio, TX 78210-3541
Western District of Texas
San Antonio
Fri Jul 13 12:09:12 CDT 2012

American Express Bank FSB              American Express Centurion Bank    Amex
c/o Becket and Lee LLP                 c/o Becket and Lee LLP             Po Box 297871
POB 3001                               POB 3001                           Fort Lauderdale, FL 33329-7871
Malvern  PA 19355-0701                 Malvern  PA 19355-0701


Asset Acceptance Llc                   Bexar County                       Bexar County District Clerk
Po Box 1630                            c/o Don Stecker                    c/o Don Stecker
Warren, MI 48090-1630                  711 Navarro Suite 300              711 Navarro Suite 300
                                       San Antonio, TX 78205-1749         San Antonio, TX 78205-1749


Bexar County Tax Assessor              (p)CAPITAL ONE                     Cbna
Sylvia S. Romo                         PO BOX 30285                       Po Box 6497
P.O. Box 839950                        SALT LAKE CITY UT 84130-0285       Sioux Falls, SD 57117-6497
San Antonio, TX 78283-3950


Chase                                  Chase                              Dillards
2500 Westfield Dr                      Po Box 15298                       P.O. Box 981400
Elgin, IL 60124-7836                   Wilmington, DE 19850-5298          El Paso, TX 79998-1400


Discover Bank                          Discover Fin Svcs Llc              Emerge
DB Servicing Corporation               Po Box 15316                       Po Box 105555
POB 3025                               Wilmington, DE 19850-5316          Atlanta, GA 30348-5555
New Albany Ohio 43054-3025


Ford Cred                              Ford Motor Credit Company LLC      Frost Bank
Po Box Box 542000                      National Bankruptcy Service Center P.O. Box 1600
Omaha, NE 68154-8000                   P.O. Box 6275                      San Antonio, TX 78296-1600
                                       Dearborn, MI 48121-6275


Frost National Bank                    Frost National Bank                G.D. Interior
P.O. Box 1600                          c/o Robert L. Barrows              3506 Copland
San Antonio, TX 78296-1600             800 Broadway                       San Antonio, TX 78219-2406
                                       San Antonio, TX 78215-1517


Gecrb/Dillards                         Gecrb/Lowes                        Global Acceptnc Cr Co
Po Box 981400                          Po Box 103065                      5850 W I-20
El Paso, TX 79998-1400                 Roswell, GA 30076                  Arlington, TX 76017-1083


Hsbc Bank                              IRS                                National Capital Management, LLC
Po Box 5253                            8700 Tesoro Dr.                    agent for GE Capital Retail Bank
Carol Stream, IL 60197-5253            Stop 6610 SANC                     8245 Tournament Drive
                                       San Antonio, TX 78217-6235         Suite 230
                                                                          Memphis, TN 38125-1741
```

| | | |
|---|---|---|
| Sage<br>1153 E. Commerce St., Suite 210<br>San Antonio, TX 78205-3305 | Sallie Mae<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 | Sallie Mae Inc. on behalf of TGSLC<br>P.O. Box 83100<br>Round Rock, TX 78683-3100 |
| Security Service Fcu<br>16211 La Cantera Pkwy<br>San Antonio, TX 78256-2419 | Sterling Bank/Houston<br>Po Box 40333<br>Houston, TX 77240-0333 | The Frost National Bank<br>c/o Robert L. Barrows<br>Warren, Drugan & Barrows, P.C.<br>800 Broadway<br>San Antonio, Texas 78215-1517 |
| United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 | Urban Communications<br>8751 Tradewind<br>San Antonio, TX 78239-1911 | Johnny W. Thomas<br>St Paul Square<br>1153 E Commerce St<br>San Antonio, TX 78205-3305 |
| Mary K Viegelahn<br>San Antonio Chapter 13 Trustee<br>909 NE Loop 410, Suite 400<br>San Antonio, TX 78209-1398 | Tommy L. Moore<br>8751 Tradewind<br>San Antonio, TX 78239-1911 | Virginia Moore<br>8751 Tradewind<br>San Antonio, TX 78239-1911 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Cap One
Po Box 85520
Richmond, VA 23285

End of Label Matrix
Mailable recipients    41
Bypassed recipients     0
Total                  41