# CASH JOURNAL – JUNE 2013

| Date | Paid To | Account | Amount |
|---|---|---|---|
| 6-1 | HEB | Food Cost | 106.00 |
| 6-3 | Ace Mart | Supplies | 7.00 |
| 6-4 | HEB | Food Cost | 53.00 |
| 6-4 | Ace Mart | Supplies | 13.00 |
| 6-1 | HEB | Food Cost | 6.00 |
| 6-3 | HEB | Food Cost | 16.00 |
| 6-4 | HEB | Food Cost | 223.00 |
| 6-5 | HEB | Food Cost | 3.00 |
| 6-3 | HEB | Food Cost | 117.00 |
| 6-7 | HEB | Food Cost | 208.00 |
| 6-5 | HEB | Food Cost | 183.00 |
| 6-9 | SAMS | Food Cost | 127.00 |
| 6-8 | HEB | Food Cost | 113.00 |
| 6-6 | HEB | Food Cost | 125.00 |
| 6-10 | SAMS | Food Cost | 231.00 |
| 6-11 | HEB | Food Cost | 26.00 |
| 6-12 | SAMS | Food Cost | 188.00 |
| 6-13 | HEB | Food Cost | 200.00 |
| 6-13 | HEB | Food Cost | 40.00 |
| 6-14 | HEB | Food Cost | 197.00 |
| 6-14 | HEB | Food Cost | 201.00 |
| 6-15 | SAMS | Food Cost | 167.00 |
| 6-17 | Walmart | Supplies | 12.00 |
| 6-17 | Walmart | Food Cost | 54.00 |

## CASH JOURNAL– JUNE 2013

| Date | Paid To | Account | Amount |
|---|---|---|---|
| 6-6 | HEB | Food Cost | 21.00 |
| 6-19 | HEB | Food Cost | 19.00 |
| 6-14 | HEB | Food Cost | 26.00 |
| 6-18 | HEB | Food Cost | 25.00 |
| 6-20 | HEB | Food Cost | 13.00 |
| 6-21 | HEB | Food Cost | 11.00 |
| 6-20 | SAMS | Food Cost | 172.00 |
| 6-6 | HEB | Food Cost | 125.00 |
| 6-14 | Ace Mart | Supplies | 17.00 |
| 6-20 | Ace Mart | Food Cost | 14.00 |
| 6-22 | HEB | Food Cost | 16.00 |
| 6-22 | HEB | Food Cost | 26.00 |
| 6-17 | HEB | Food Cost | 10.00 |
| 6-14 | Restaurant Depot | Food Cost | 251.00 |
| 6-24 | HEB | Food Cost | 127.00 |
| 6-28 | HEB | Food Cost | 20.00 |
| 6-29 | HEB | Food Cost | 136.00 |
| 6-23 | Walmart | Supplies | 52.00 |
| 6-26 | HEB | Food Cost | 42.00 |
| 6-24 | HEB | Food Cost | 9.00 |
| 6-26 | Ace Mart | Supplies | 28.00 |
| 6-28 | HEB | Food Cost | 214.00 |
| 6-30 | HEB | Food Cost | 5.00 |
| 6-24 | HEB | Food Cost | 50.00 |

## CASH JOURNAL– JUNE 2013

| Date | Paid To | Account | Amount |
|---|---|---|---|
| 6-28 | HEB | Food Cost | 2.00 |
| 6-26 | HEB | Food Cost | 13.00 |
| 6-30 | HEB | Food Cost | 18.00 |
| 6-27 | HEB | Food Cost | 230.00 |
| 6-28 | HEB | Food Cost | 5.00 |
| 6-28 | Ace Mart | Supplies | 5.00 |
| 6-25 | HEB | Food Cost | 196.00 |
| 6-26 | HEB | Food Cost | 222.00 |
| 6-27 | HEB | Food Cost | 22.00 |
| 6-27 | Ace Mart | Supplies | 17.00 |
| 6-13 | CPS Energy | Utilities | 300.00 |
| 6-28 | Carlos Ramirez | Contract Labor | 125.00 |
| 6-5 | United Fire | Property Insurance | 482.00 |
| 6-6 | AT&T | Telephone | 180.08 |
| | | **TOTAL** | **5,862.08** |